I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/17/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI CHIEH YU,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | Case No. CV 08-5852-GHK (RNB)<br><br>**J U D G M E N T**<br><br>ENTERED - SOUTHERN DIVISION<br>CLERK, U.S. DISTRICT COURT<br>MAR 17 2009<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY              DEPUTY |

Pursuant to the Order Adopting Findings, Conlusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that a writ of habeas corpus is granted as follows:

The Board shall find petitioner suitable for parole at a hearing to be held within 30 days of the finality of this decision, unless new evidence of his conduct in prison or change in mental status subsequent to the September 5, 2007 parole consideration hearing is introduced that is sufficient to support a finding that petitioner currently poses an unreasonable risk of danger to society if released on parole; and in the absence of any such new evidence showing petitioner's unsuitability for parole, the Board shall calculate a prison term and release date for petitioner in accordance with California law. Further, if the release date already has

passed, respondent shall, within ten (10) days of the Board's hearing, release petitioner from custody. With respect to his presumptive period of parole, petitioner is to be credited for any time that has lapsed since the release date calculated by the Board or February 4, 2008 (when a finding of suitability at the September 5, 2007 parole consideration hearing would have become final pursuant to Cal. Penal Code §§ 3041(b) and 3041.2(a)), whichever is later.

DATED: 3/12/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE